804

No. 33. UNITED MINE WORKERS OF AMERICA, DISTRICT 12 *v.* ILLINOIS STATE BAR ASSOCIATION ET AL. Sup. Ct. Ill. (Certiorari granted, 386 U. S. 941.) Motions of American Federation of Labor & Congress of Industrial Organizations, National Lawyers Guild and State Bar of California for leave to file briefs, as *amici curiae,* granted. Motion of NAACP Legal Defense & Educational Fund, Inc., et al. for leave to file brief, as *amici curiae,* granted. Motions of NAACP Legal Defense & Educational Fund, Inc., et al. and State Bar of California for leave to participate in oral argument, as *amici curiae,* denied. *J. Albert Woll, Laurence Gold* and *Thomas E. Harris* for American Federation of Labor & Congress of Industrial Organizations, *Victor Rabinowitz, Allan Brotsky* and *Donald L. A. Kerson* for National Lawyers Guild, *Joseph A. Ball, John J. Goldberg* and *Samuel O. Pruitt, Jr.,* for State Bar of California, *Jack Greenberg, James M. Nabrit III* and *Melvyn Zarr* for NAACP Legal Defense & Educational Fund, Inc., et al., on the motions. *Edmund Burke, Edward L. Carey, Harrison Combs, Willard P. Owens* and *M. E. Boiarsky* for petitioner, and *Bernard H. Bertrand* for respondents, in opposition.

No. 67. TERRY ET AL. *v.* OHIO. Sup. Ct. Ohio. (Certiorari granted, 387 U. S. 929.) Motions of petitioner Terry for leave to proceed further herein *in forma pauperis* and to dispense with printing record granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions. *Jack G. Day* on the motions.

No. 386, Misc. SIMS *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 6th Cir. Motion of American Trial Lawyers Association for leave to file brief, as *amicus curiae,* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Israel Steingold* on the motion.